# EXHIBIT C



630029

Plaintiff
KURT DZIBELA

vs

Defendant
BLACKROCK, INC., ET AL

Person to be served:  BLACKROCK, INC.

Address:
50 HUDSON YARDS
NEW YORK NY 10001

Attorney:

MURRAY-NOLAN BERUTTI LLC
136 CENTRAL AVENUE 2ND FLOOR
CLARK NJ 07066
Papers Served:
SUMMONS & AMENDED VERIFIED COMPLAINT

SUPERIOR COURT OF NEW
JERSEY
LAW DIVISION:
MONMOUTH COUNTY

DOCKET NO.  MON-L-000797-23

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Service Data:

Served Successfully   __X__   Not Served _____   Date: _03/15/23_   Time: _01:50 PM_ Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

_Veronica Silva_

_Managing Agent_

_____

Description of Person Accepting Service:

Age: _35-40_  Height: _5'5"_  Weight: _120_  Hair: _Brown_  Sex: _Female_  Race: _White_

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                     _____ Date _____ Time
                     _____ Date _____ Time
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
_18_ day of _MARCH 2023_

_____
Notary Signature

I, _Darlene S. Greene_ , was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_____  03/18/23
Signature of Process Server          Date

Darlene S. Greene
Process Server
Dt/No: _03/18/23_

DOROTHY SENZER
Notary Public - State of New York
No. 01SE4648462
Qualified in Bronx County
My Commission Expires 04/30/2027

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.    630029

File No.    01103

**SUMMONS**

Attorney(s) Ronald A. Berutti - Murray-Nolan Berutti LLC

Office Address  136 Central Avenue, 2nd Floor

Town, State, Zip Code  Clark, New Jersey 07066

Telephone Number  908-588-2111

Attorney(s) for Plaintiff  Kurt Dzibela

KURT DZIBELA

_____

Plaintiff(s)

vs.

BLACKROCK, INC., et al.

_____

Defendant(s)

# Superior Court of New Jersey

Monmouth _____ County

Law _____ Division

Docket No: MON-L-797-23

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

*Michelle M. Smith*

Clerk of the Superior Court

DATED:  03/15/2023

Name of Defendant to Be Served:  Blackrock, Inc.

Address of Defendant to Be Served:  50 Hudson Yards, New York, New York 10001

Revised 11/17/2014, CN 10792-English (Appendix XII-A)



630032

SUPERIOR COURT OF NEW
JERSEY
LAW DIVISION:
MONMOUTH COUNTY

DOCKET NO. MON-L-000797-23

Plaintiff
KURT DZIBELA

vs

Defendant
BLACKROCK, INC., ET AL

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: LAWRENCE FINK
CHAIRMAN AND CEO BLACKROCK, INC.
Address:
50 HUDSON YARDS
NEW YORK NY 10001

Attorney:
MURRAY-NOLAN BERUTTI LLC
136 CENTRAL AVENUE 2ND FLOOR
CLARK NJ 07066
Papers Served:
SUMMONS & AMENDED VERIFIED COMPLAINT

Service Data:

Served Successfully __X__   Not Served _____   Date: _03/15/23_   Time: _01:50 PM_ Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

_VERONICA SILVA_
_Managing Agent_

Description of Person Accepting Service:

Age:        Height:        Weight:        Hair:        Sex:        Race:

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
                    _____ Date _____ Time

( ) Other:_____   Comments or Remarks_____

Subscribed and Sworn to me this
_18_ day of _MARCH 2023_

I, _Darlene S. Greene_, was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_____
Notary Signature

_____   03/18/23
Signature of Process Server          Date

Darlene S. Greene
Process Server
Dt/No: 03/18/23

DOROTHY SENZER
Notary Public - State of New York
No. 01SE4648462
Qualified in Bronx County
My Commission Expires 04/30/2027

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.    630032

File No.    01103

## SUMMONS

Attorney(s) Ronald A. Berutti - Murray-Nolan Berutti LLC

Office Address  136 Central Avenue, 2nd Floor

Town, State, Zip Code  Clark, New Jersey 07066

Telephone Number  908-588-2111

Attorney(s) for Plaintiff  Kurt Dzibela

KURT DZIBELA

Plaintiff(s)

vs.

BLACKROCK, INC., et al.

Defendant(s)

# Superior Court of New Jersey

Monmouth      County

Law      Division

Docket No: MON-L-797-23

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

*Michelle M. Smith*

Clerk of the Superior Court

DATED:  03/15/2023

Name of Defendant to Be Served:  Lawrence Fink, Chairman and CEO BlackRock, Inc.

Address of Defendant to Be Served:  50 Hudson Yards, New York, New York 10001