# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>               Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., LAWRENCE FINK, and, JOHN DOES 1-25, ABC Company 1-5,<br><br>               Defendants. | Civil Action No. 1:23-cv-02093 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BlackRock, Inc., by and through its attorneys Morgan, Lewis & Bockius LLP, certifies that, to the best of its knowledge, BlackRock, Inc. has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated:  April 13, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

<u>/s/ Thomas A. Linthorst</u>
Thomas A. Linthorst
Needhy Shah
502 Carnegie Center
Princeton, New Jersey 08540
thomas.linthorst@morganlewis.com
needhy.shah@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701

*Attorneys for Defendants BlackRock, Inc. and Laurence Fink*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing document was electronically filed via the Court's ECF filing system and served by email on the following counsel for Plaintiff:

Ronald A. Berutti
Murray-Nolan Berutti LLC
136 Central Avenue, 2nd Floor
Clark, New Jersey  07066

Dated: April 13, 2023                              */s/ Thomas A. Linthorst*
                                                          Thomas A. Linthorst