IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KURT DZIBELA,

            Plaintiff,                      Civil Action No. 1:23-cv-02093

v.

BLACKROCK, INC., LAWRENCE FINK, and,
JOHN DOES 1-25, ABC Company 1-5,

            Defendants.

**APPLICATION FOR AN EXTENSION OF TIME
PURSUANT TO LOCAL RULE 6.1(b)**

1. On March 14, 2023, Plaintiff filed a Complaint against Defendants BlackRock, Inc. and Laurence Fink (incorrectly identified in the Complaint as "Lawrence Fink") in the Superior Court of New Jersey, Law Division, Monmouth County. *See* Dkt. No. 1.

2. Subsequently, Plaintiff filed an Amended Complaint in the Superior Court of New Jersey on March 15, 2023, and Plaintiff filed a Second Amended Complaint in the Superior Court of New Jersey on March 21, 2023. *See* Dkt. No. 1.

3. On March 15, 2023, Plaintiff served Defendant Blackrock, Inc. with the Complaint and Summons, and Plaintiff purported to serve the Complaint and Summons on Mr. Fink. *See* Dkt. No. 1.

4. On April 13, 2023, Defendants Blackrock, Inc. and Mr. Fink timely removed the action to this Court. *See* Dkt. No. 1.

5. As such, Defendants' time to answer, move, or otherwise respond to the Complaint expires on April 20, 2023, which is seven (7) after the notice of removal was filed. *See* Fed. R. Civ. P. 81(c)(2)(C).

6. Under the Court's Local Civil Rules, the time to answer or reply to any pleading "may, before the expiration of the original deadline to answer or reply thereto, and with or without notice, may be extended for a period not to exceed 14 days on order granted by the Clerk." *See* L. Civ. R. 6.1(b).

7. In accordance with Local Civil Rule 6.1, Defendants submit this application before the expiration of the deadline to respond to the Complaint.

8. Defendants have not requested or obtained any prior extensions from the Court in this matter.

WHEREFORE, Defendants respectfully request that the Clerk of the United States District Court for the District of New Jersey enter an Order and extend Defendants' time to answer, move, or otherwise respond to the Complaint for an additional 14 days, up to and including May 4, 2023.

| | |
|---|---|
| Dated: April 13, 2023 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | */s/ Thomas A. Linthorst* |
| | Thomas A. Linthorst |
| | Needhy Shah |
| | 502 Carnegie Center |
| | Princeton, New Jersey 08540 |
| | thomas.linthorst@morganlewis.com |
| | needhy.shah@morganlewis.com |
| | Phone: (609) 919-6600 |
| | Fax: (609) 919-6701 |
| | |
| | *Attorneys for Defendants BlackRock, Inc.* |
| | *and Laurence Fink* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing document was electronically filed via the Court's ECF filing system and served by email on the following counsel for Plaintiff:

Ronald A. Berutti
Murray-Nolan Berutti LLC
136 Central Avenue, 2nd Floor
Clark, New Jersey  07066

Dated: April 13, 2023                    */s/ Thomas A. Linthorst*
                                         Thomas A. Linthorst

3