# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., LAWRENCE FINK, and JOHN DOES 1-23, ABC Company 1-5.<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-02093 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Needhy Shah of Morgan, Lewis & Bockius LLP, as counsel for Defendants BlackRock, Inc. and Laurence Fink (incorrectly identified in the Complaint as "Lawrence Fink"), in the above-captioned matter.

Dated:  April 13, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Needhy Shah*
　　　　　　　　　　　　　　　　　　Needhy Shah
　　　　　　　　　　　　　　　　　　502 Carnegie Center
　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　needhy.shah@morganlewis.com
　　　　　　　　　　　　　　　　　　Phone: (609) 919-6600
　　　　　　　　　　　　　　　　　　Fax: (609) 919-6701

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants BlackRock, Inc. and Laurence Fink*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Notice of Appearance was electronically filed via the Court's ECF filing system and served by email on the following counsel for Plaintiff:

Ronald A. Berutti<br>
Murray-Nolan Berutti LLC<br>
136 Central Avenue, 2nd Floor<br>
Clark, New Jersey  07066

Dated: April 13, 2023                             */s/ Needhy Shah*
                                                  Needhy Shah