IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., LAWRENCE FINK, and JOHN DOES 1-23, ABC Company 1-5.<br><br>　　　　　Defendants. | Case No. 3:23-cv-02093-PGS-JBD<br><br>Motion Day: June 5, 2023 |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendants BlackRock, Inc. and Laurence Fink (incorrectly sued as "Lawrence Fink") will move before the Honorable Peter G. Sheridan, on June 5, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order dismissing Plaintiff's Second Amended Complaint with prejudice, pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendants will rely upon the accompanying Brief and Proposed Order.

| | |
|---|---|
| Dated: May 4, 2023 | Respectfully submitted, |

                                                **MORGAN, LEWIS & BOCKIUS LLP**

                                                <u>/s/ Thomas A. Linthorst</u>
Thomas A. Linthorst
Needhy Shah
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
thomas.linthorst@morganlewis.com
needhy.shah@morganlewis.com

*Attorneys for Defendants BlackRock, Inc. and Laurence Fink*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, with accompanying documents, was filed via the Court's ECF filing system and thereby served upon all counsel of record

Dated: May 4, 2023                             */s/ Thomas A. Linthorst*
                                                Thomas A. Linthorst