IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>                Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., LAWRENCE FINK, and JOHN DOES 1-23, ABC Company 1-5.<br><br>                Defendants. | Case No. 3:23-cv-02093-PGS-JBD |

**[PROPOSED] ORDER**

**THIS MATTER** comes before the Court on Defendants BlackRock, Inc. and Laurence Fink's Motion to Dismiss Plaintiff's Second Amended Complaint, in its entirety, and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

For good cause appearing, **IT IS** on this ____ day of _____, 2023, hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and that Plaintiff's Second Amended Complaint is dismissed in its entirety and with prejudice.

_____
Hon. Peter G. Sheridan, U.S.D.J.