# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Senior Counsel** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Thomas M. Grasso (NJ, NY) |
| gwyneth@murray-nolanberutti.com | tom@murray-nolanberutti.com |
| | |
| Ronald A. Berutti (NJ, NY, KY) | **Associate** |
| ron@murray-nolanberutti.com | Stephanie Jablonsky (NJ) |
| | stephanie@murray-nolanberutti.com |

May 16, 2023

**Via ECF**
Clerk of the Court
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:  **Dzibela v. BlackRock, Inc.**
         **Case No. 3:23-cv-02093-PGS-JBD**
         **Our File No. 01103**

Dear Sir/Madam:

  Please be advised this firm represents plaintiff in the above referenced matter. Presently pending is the defendants' Motion to Dismiss, returnable June 5, 2023. Pursuant to *L.Civ.R.* 7.1(d)(5), we respectfully request defendants' motion be automatically carried to June 20, 2023, with opposition papers due June 6, 2023, and reply papers due June 13, 2023.

  We thank you for consideration of the above.

            Respectfully submitted,

            MURRAY-NOLAN BERUTTI LLC

            *Ronald A. Berutti*
         By:_____
            Ronald A. Berutti

RAB:jm
cc: Thomas A. Linthorst, Esq. (via ECF)
   Needhy Shah, Esq. (via ECF)