# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

May 16, 2023

**Via ECF**
Clerk of the Court
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:    Dzibela v. BlackRock, Inc.
              Case No. 3:23-cv-02093-PGS-JBD
              Our File No. 01103

Dear Sir/Madam:

      Please be advised this firm represents plaintiff in the above referenced matter. Presently pending is the defendants' Motion to Dismiss, returnable June 5, 2023. Pursuant to *L.Civ.R.* 7.1(d)(5), we respectfully request defendants' motion be automatically carried to June 20, 2023, with opposition papers due June 6, 2023, and reply papers due June 13, 2023.

      We thank you for consideration of the above.

*[Handwritten: adjournment granted. Court will advise if oral argument is required]*

**SO ORDERED:** *[signature]*
**DATED:** 5/22/23

Respectfully submitted,

MURRAY-NOLAN BERUTTI LLC

*Ronald A. Berutti*
By: _____
     Ronald A. Berutti

RAB:jm
cc:    Thomas A. Linthorst, Esq. (via ECF)
       Needhy Shah, Esq. (via ECF)