# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

June 6, 2023

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

> Re:   Dzibela v. BlackRock, Inc.
>         Case No. 3:23-cv-02093-PGS-JBD
>         Our File No. 01103

Dear Judge Sheridan:

Please be advised this firm represents plaintiff in the above referenced matter. Presently pending is the defendants' Motion to Dismiss, returnable June 20, 2023 with opposition being due today and reply papers being due June 13, 2023. We respectfully request this motion be carried for two weeks, as I have numerous deadlines and will not be able to submit a timely response. Moreover, we intend to file a Motion Seeking Leave to Amend, which we believe should be returnable at the same time as the Motion to Dismiss for reasons of judicial and party efficiency. I sought consent from my adversary and have not heard back as to consent. Thus, in light of today's deadline, I am seeking adjournment without consent.

We thank you for consideration of the above.

Respectfully submitted,

MURRAY-NOLAN BERUTTI LLC

By:___*Ronald A. Berutti*_____
   Ronald A. Berutti

RAB:jm
cc:   Thomas A. Linthorst, Esq. (via ECF)
         Needhy Shah, Esq. (via ECF)

---

**136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111**
**30 Wall Street, 8th Floor, New York 10005 (212) 575-8500 (Please reply to NJ office)**