IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BLACKROCK INC., LAWRENCE FINK, and JOHN DOES 1-23, ABC Company 1-5,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-02093-PGS-JBD<br><br>**CONSENT ORDER** |

The parties hereby stipulate and agree as follows:

1. The plaintiff shall file a Third Amended Complaint in the form attached hereto;

2. Defendants' pending Motion to Dismiss shall be withdrawn;

3. Defendants reserve all rights and defenses with respect to the Third Amended Complaint;

4. Defendants shall have 28 days from the entry of this Order to answer, move, or otherwise respond to the Third Amended Complaint.

SO ORDERED on this 9th day of June, 2023

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

The undersigned consent to the form and entry of the within Order

MURRAY-NOLAN BERUTTI LLC　　　　　　MORGAN LEWIS & BOCKIUS LLP
Attorney for Plaintiff　　　　　　　　　　　　Attorney for Defendants

By: _____　　　　By: _____
　　Ronald A. Berutti　　　　　　　　　　　　Thomas A. Linthorst