# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

July 20, 2023

<u>**Via ECF**</u>
Clerk of the Court
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:    Dzibela v. BlackRock, Inc.
              Case No. 3:23-cv-02093-PGS-JBD
              Our File No. 01103

Dear Sir/Madam:

      Please be advised this firm represents plaintiff in the above referenced matter. Please disregard the prior letter of yesterday, July 19, 2023. Presently pending is the defendants' Motion to Dismiss the Third Amended Complaint, returnable August 7, 2023. With the consent of my adversaries, we respectfully request defendants' motion be carried to September 25, 2023, with opposition papers due August 25, 2023, and reply papers due September 18, 2023. The four cycle adjournment is requested due to various attorney vacation schedules which would interfere with their ability to make submissions if less than a three cycle adjournment is granted.

      We thank you for consideration of the above.

                              Respectfully submitted,

                              MURRAY-NOLAN BERUTTI LLC

                              *Ronald A. Berutti*
                     By:_____
                             Ronald A. Berutti

RAB:jm
cc:    Thomas A. Linthorst, Esq. (via ECF)
       Needhy Shah, Esq. (via ECF)