# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

July 19, 2023

SO ORDERED:                                7/20/23

Granted.

**Via ECF**
Clerk of the Court
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

s/Peter G. Sheridan, U.S.D.J.

      Re:    Dzibela v. BlackRock, Inc.
               Case No. 3:23-cv-02093-PGS-JBD
               Our File No. 01103

Dear Sir/Madam:

      Please be advised this firm represents plaintiff in the above referenced matter. Presently pending is the defendants' Motion to Dismiss the Third Amended Complaint, returnable August 7, 2023. With the consent of my adversaries, we respectfully request defendants' motion be carried to September 25, 2023, with opposition papers due September 11, 2023, and reply papers due September 18, 2023. The three cycle adjournment is requested due to various attorney vacation schedules which would interfere with their ability to make submissions if less than a three cycle adjournment is granted.

      We thank you for consideration of the above.

               Respectfully submitted,

               MURRAY-NOLAN BERUTTI LLC

               *Ronald A. Berutti*
             By:_____
               Ronald A. Berutti

RAB:jm
cc:    Thomas A. Linthorst, Esq. (via ECF)
       Needhy Shah, Esq. (via ECF)