# Morgan Lewis

**Needhy Shah**
Associate
+1.609.919.6694
needhy.shah@morganlewis.com

July 25, 2023

**VIA ECF**

Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Dzibela v. BlackRock, Inc., et al.,* No. 3:23-cv-02093-PGS-JBD

Dear Judge Sheridan:

This firm represents Defendants in the above-referenced matter. We write regarding deadlines related to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, currently pending before the Court. *See* Dkt. No. 13. The request for an adjournment submitted by Plaintiff's counsel at Dkt. No. 14 was submitted in error and did not accurately reflect the agreement of the parties. The parties' consent agreement as to briefing deadlines for the pending Motion is accurately reflected at Dkt. No. 15, which specifies that Plaintiff will submit his opposition to the pending Motion by August 25, 2023, and that Defendants will submit their reply in further support of the Motion by September 18, 2023. We do not believe a further order is required but did want to note the correct date for Plaintiff's opposition.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Needhy Shah*

Needhy Shah

cc:  All Counsel of Record (via ECF)