# MURRAY-NOLAN BERUTTI LLC

## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Associates** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Rebecca R. Petersen (NJ) |
| Ronald A. Berutti (NJ, NY, KY) | Nicholas P. Nachtergaele (NJ) |
| | **Of Counsel** |
| **Reply to:** Ron@MNBlawfirm.com | Stephanie L. Jablonsky (NJ) |

April 27, 2024

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

     Re: Dzibela v. BlackRock, Inc.
       Case No. 3:23-cv-02093-PGS-JBD
       Our File No. 01103

Dear Judge Sheridan:

  This firm represents the plaintiff, Kurt Dzibela, in the above referenced matter. We write on Mr. Dzibela's behalf to alert the Court to a new unanimous decision of the Supreme Court of the United States, *Muldrow v. City of St. Louis*, 144 S.Ct. 967; 2024 U.S. LEXIS 1816 (2024), which may impact the pending motion to dismiss.

  In *Muldrow*, a unanimous Supreme Court held that an employee bringing a claim under Title VII "need show only **some** injury respecting her employment terms or conditions." 2024 U.S. LEXIS 1816, *19 (emphasis added). In so ruling, the Supreme Court clarified that the injury need not be "substantial." While Mr. Dzibela's case is brought under the New Jersey Law Against Discrimination, such statute is construed more broadly than Title VII, which is a baseline for comparison. *See*, e.g., *Clowes v. Terminix Int'l Inc.*, 109 N.J. 575, 597 (1988) (more broadly construing the test of *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973)).

  In the present case, Mr. Dzibela alleges that defendants' discriminatory animus resulted in his not being promoted, receiving reduced bonuses, and ultimately being terminated. Thus, under the *Muldrow* standard, it is respectfully suggested that Mr. Dzibela has demonstrated a prima facie case of discrimination.

Honorable Peter G. Sheriden, U.S.D.J.                                                            April 27, 2024

Page 2

        We thank Your Honor for consideration of the above.

                                                Respectfully submitted,

                                                MURRAY-NOLAN BERUTTI LLC

                                               *Ronald A. Berutti*

                                 By:_____

                                               Ronald A. Berutti

RAB.