IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>        Plaintiff,<br><br>v.<br><br>BLACKROCK, INC., LAWRENCE FINK, and JOHN DOES 1-23, ABC Company 1-5.<br><br>        Defendants. | Case No. 3:23-cv-02093-PGS-JBD<br><br>**Motion Day: October 16, 2023** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO SUBMIT RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion for Leave to File Response to Plaintiff's Notice of Supplemental Authority filed by Defendants BlackRock, Inc. and Laurence Fink, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

                                                    _____
                                                    The Honorable Peter G. Sheridan
                                                    United States District Court Judge