# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Associates** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Rebecca R. Petersen (NJ) |
| Ronald A. Berutti (NJ, NY, KY) | Nicholas P. Nachtergaele (NJ) |

**Reply to:** Ron@MNBlawfirm.com

July 7, 2024

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re: Dzibela v. BlackRock, Inc.
      Case No. 3:23-cv-02093-PGS-JBD
      Our File No. 01103

Dear Judge Sheridan:

 This firm represents the plaintiff, Kurt Dzibela, in the above referenced matter. Presently pending before the Court is defendants' Motion to Dismiss. The motion was fully briefed on October 6, 2023. While we appreciate that the Court has a heavy docket, we are concerned that as time continues to pass that memories will fade and evidence will be lost. Thus, we write to seek a Case Management Conference so that discovery may proceed as the motion remains pending.

 We thank Your Honor for consideration of the above.

        Respectfully submitted,

        MURRAY-NOLAN BERUTTI LLC

        *Ronald A. Berutti*
      By:_____
        Ronald A. Berutti

RAB