# Morgan Lewis

**Thomas A. Linthorst**
+1.609.919.6642
thomas.linthorst@morganlewis.com

July 25, 2024

**FILED VIA ECF**

The Honorable Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

**Re:**   ***Dzibela v. BlackRock, Inc.,***
      **Civil Action No. 3:23-cv-02093-RK-JBD**

Dear Judge Kirsch:

Defendants BlackRock, Inc. and Laurence Fink ("Defendants") hereby respond to Plaintiff Kurt Dzibela's July 8, 2024 letter to the Court (Dkt. 31) requesting a case management conference to open discovery while Defendants' Motion to Dismiss (Dkt. 13) is pending.

Contrary to Plaintiff's assertions, the Court should not proceed to discovery when Defendants have a fully briefed Motion to Dismiss that should dispose of this entire action and the need to conduct any discovery.  Indeed, the purpose of Rule 12 is to be a gatekeeper, sparing a party the burden of discovery where the pleading fails the Rule 12 standard, and where the parties and the Court cannot know whether any discovery should be conducted or the scope of any such discovery until a motion to dismiss is decided.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009) (holding that the federal rules' pleading standard "does not unlock the doors of discovery for a plaintiff armed with nothing more than conclusions," and "only a complaint that states a plausible claim for relief survives a motion to dismiss").

Defendants respectfully request that their pending Motion to Dismiss be decided before any discovery.

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241
United States
**T** +1.609.919.6600
**F** +1.877.432.9652

A Pennsylvania Limited Liability Partnership | Terry D. Johnson, Partner-in-Charge

The Honorable Robert Kirsch
July 25, 2024
Page 2

Respectfully submitted,

       */s/ Thomas A. Linthorst*
Thomas A. Linthorst
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
thomas.linthorst@morganlewis.com

*Attorneys for Defendants BlackRock, Inc.*
*and Laurence Fink*