# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Associates** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Rebecca R. Petersen (NJ) |
| Ronald A. Berutti (NJ, NY, KY) | Nicholas P. Nachtergaele (NJ) |

**Reply to:** Ron@MNBlawfirm.com

July 25, 2024

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

        Re:   Dzibela v. BlackRock, Inc.
              Case No. 3:23-cv-02093 (RK)(JBD)
              Our File No. 01103

Dear Judge Kirsch:

      This firm represents the plaintiff, Kurt Dzibela, in the above referenced matter. We write as a follow up to our letter of July 8, 2024, and in reply to the letter of Mr. Lindhorst of today on behalf of defendants. As this Court is new to the case, we believe it is reasonable to anticipate that there may be some additional delay in having the pending motion to dismiss decided. The motion is already pending for over 9 months such that we have serious concerns that our ability to capture discovery from witnesses who recall events and who maintain appropriate records will be harmed. Thus, we ask that this matter be referred to Judge Day for a discovery conference so that the parties at least can begin paper discovery.

      We thank Your Honor for consideration of the above.

               Respectfully submitted,

               MURRAY-NOLAN BERUTTI LLC

               *Ronald A. Berutti*
             By:_____
               Ronald A. Berutti

RAB