UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT DZIBELA,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKROCK INC., *et al.*,<br><br>Defendants. | Civil Action No. 23-02093 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on a Motion to Dismiss the Third Amended Complaint filed by Defendants BlackRock Inc. and Lawrence Fink ("Defendants"). (ECF No. 13.) Plaintiff Kurt Dzibela ("Plaintiff") opposes the Motion to Dismiss, (ECF No. 24), and Defendants filed a reply brief, (ECF No. 25). The Court has considered the parties' submissions and resolves the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's Opinion filed on this date, and for other good cause shown,

**IT IS** on this 30th day of September, 2024,

**ORDERED** that Defendants' Motion to Dismiss the Third Amended Complaint, (ECF No. 13), is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Third Amended Complaint, (ECF No. 12), is **DISMISSED** without prejudice; and it is further

**ORDERED** that any an amended complaint from Plaintiff must be filed within thirty (30) days of the date of this Order; and it is further

**ORDERED** that the Clerk's Office is directed to terminate the Motion pending at Docket No. 13.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**