# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY, D. CO)

**Associate**
Rebecca Petersen (NJ)

**Of Counsel**
Beth Chambers (CO)

**Reply to:** Ron@MNBlaw.com

October 18, 2024

**Via ECF**

Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

        Re: Dzibela v. BlackRock, Inc.
        Case No. 3:23-cv-02093-PGS-JBD
        Our File No. 01103

Dear Judge Kirsch,

      As you are aware, this firm represents the plaintiff, Kurt Dzibela, in the above-referenced matter. Per Your Honor's dismissal order of September 30, 2024, our client was provided 30 days to amend his Complaint. Over the past weeks I have been faced with several emergent deadlines while being short-staffed. Thus, we have not had ample opportunity to consider the Decision and the potential for an Amended Complaint. Under the circumstances, and with the kind consent of our adversary, we respectfully request that Your Honor provide an extension of an additional two weeks, through and including November 14, 2024, to file any Amended Complaint.

      We thank Your Honor for consideration of this request.

                              Respectfully yours,
                              **MURRAY-NOLAN BERUTTI LLC**

                              /s/*Ronald A. Berutti*
                       By:_____
                              Ronald A. Berutti

/RAB